IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT FRANCIS ALLISON,

    Plaintiff,

v.                          CASE NO. 5:14-cv-35-RS-EMT

MICHAEL D. CREWS,

    Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 8). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for failure to comply with an Order of the Court.

3. The clerk is directed to close the file.

**ORDERED** on May 30, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**